UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MT. HAWLEY INSURANCE COMPANY,

                    Plaintiff,

          -v.-                                      23 Civ. 3211 (KPF)

18335 NW 27TH AVE LLC and NECHES                    **ORDER**
MANAGEMENT LLC,

                    Defendants.

KATHERINE POLK FAILLA, District Judge:

      The parties appeared today for a telephonic conference to discuss

Defendants' anticipated motion to dismiss.  As discussed at that conference,

the Court understands that the parties now wish to explore the possibility of

resolving this matter without further litigation.  Accordingly, the parties are

ORDERED to file a joint status update on or before **September 11, 2023**.

Defendants' obligation to file an answer and the parties' discovery obligations

are STAYED pending further order of the Court.

      SO ORDERED.

Dated:   July 26, 2023
         New York, New York

                                        _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge